NICHOLA MANENTE, Respondent, v. SORECON CORPORATION, Appellant, et al., Defendant.— In an action to recover damages for personal injuries, defendant Sorecon Corporation appeals from an order of the Supreme Court, Kings County, dated March 14, 1960, and entered in Richmond County, denying its motion to strike the action from the calendar or, in the alternative, to stay the trial until plaintiff complies with an order of said court, dated January 20, 1959, directing the service of a further bill of particulars. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JONES, Appellant.— Appeal by defendant from: (1) a judgment of the County Court, Kings County, rendered December 4, 1959, convicting him, on his plea of guilty, of attempted grand larceny in the second degree, and sentencing him, as a second felony offender, to serve a term of one year and three months to two years and six months; and (2) from an order of said court, entered December 9, 1959, denying his application to withdraw his plea of guilty and to inspect the Grand Jury minutes. Judgment affirmed. No separate appeal lies from the order, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.